```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        OCT 18 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:19-mj-787-EJY |
| ) | |
| YAGUANG QI ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Elayna J. Youchah, U.S. Magistrate Judge | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | October 30, 2019 at 10:30am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: October 18, 2019

_____
*Judge's signature*

ELAYNA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*